**Order entered April 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00199-CR

**WILSON ALEXANDER BENITEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F-1142524-H**

## ORDER

The Court **GRANTS** court reporter Crystal R. Jones's March 29, 2013 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Jones to file the reporter's record within **THIRTY DAYS** from the date of this order.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE